UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RED RIVER COAL COMPANY, INC., Plaintiff, v. UNITED STATES, Defendant. | Court No.: 01-441C<br>BEFORE: Judge Miller<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff, Red River Coal Company, Inc., by its attorneys, Merrell & Merrell, P.C., moves the Court for leave to amend its Complaint. In support of its motion, Plaintiff states as follows:

1. On July 31, 2001, Plaintiff, Red River Coal Company, Inc., filed its Complaint in this Court.
2. Plaintiff seeks to recover coal reclamation fees imposed by defendant, pursuant to 30 U.S.C. § 1232 (the "Coal Reclamation Fee"), on export coal sales, and Plaintiff further seeks a declaratory judgment that the Coal Reclamation Fee is unconstitutional as applied to exports.
3. Plaintiff is a producer of coal who paid the coal reclamation fees on exported coal.
4. Since the filing of the original Complaint, Plaintiff has incurred additional coal reclamation fees on exported coal, and the amount of reclamation fees paid on exported coal, as set forth in the Complaint, needs to be revised.
5. The Amended Complaint is identical to the Complaint except that Schedule A to the Complaint has been modified to add claims for the third quarter of 2001, the second, third and fourth quarters of 2002, the fourth quarter of 2003, the first and second quarters of 2004 and the second quarter of 2005.

6. Counsel for the Defendant has advised counsel for Plaintiff that Defendant has no objection to the allowance of this motion.

WHEREFORE, the Plaintiff requests that this motion be allowed.

Respectfully submitted,

MERRELL & MERRELL, P.C.

By: s/John Y. Merrell, Jr.
John Y. Merrell, Jr.
Merrell & Merrell, P.C.
Attorneys for Plaintiff
1477 Chain Bridge Road
Suite 101
McLean, VA 22101
Tel: (703) 790-8440
FAX: (703) 790-8944

Of Counsel: John Y. Merrell

Date: February 2, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 2nd day of February, 2007, John Y. Merrell, Jr., the foregoing MOTION FOR LEAVE TO AMEND COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Courts electronic filing system and may be accessed thereby.

s / John Y. Merrell, Jr.