# In the United States Court of Federal Claims

| | |
|---|---|
| RED RIVER COAL COMPANY, INC., Plaintiff, | No. 01-441 C |
| v. | Filed February 6, 2007 |
| THE UNITED STATES, Defendant. | |

## ORDER

On February 2, 2007, plaintiff filed a motion for leave to amend its complaint. Plaintiff alleges that, since filing the original complaint, it has incurred additional coal reclamation fees on exported coal. As a result, plaintiff asserts that it needs to revise the amount of reclamation fees set forth in its original complaint. Plaintiff states that the amended complaint is identical to the prior complaint, except that Schedule A has been modified to add claims for the third quarter of 2001, the second, third, and fourth quarters of 2002, the fourth quarter of 2003, the first and second quarters of 2004, and the second quarter of 2005. Furthermore, plaintiff avers, counsel for defendant has no objection to the motion.

In light of the foregoing, plaintiff's motion is GRANTED and the Clerk is directed to file plaintiff's first amended complaint, which was tendered for filing along with plaintiff's motion for leave to file the same.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge